# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AREDIA AND ZOMETA PRODUCTS  
LIABILITY LITIGATION                                           MDL No. 1760

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7 day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Middle District of Tennessee.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Middle District of Tennessee with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi  
Clerk of the Panel

ATTEST AND CERTIFY  
**A TRUE COPY**  
Clerk  
U.S. District Court  
Middle District of Tennessee

By frantzag on Mar 21, 2013

**DEPUTY CLERK**

IN RE: AREDIA AND ZOMETA PRODUCTS  
LIABILITY LITIGATION                                                                 MDL No. 1760

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| TNM | 3 | 10 00784 | CAN | 3 | 10 03148 | Nicolas v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07 00004 | CT | 3 | 06 01736 | Fraprie et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 10 00085 | DC | 1 | 09 02335 | Peterson v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 06 00660 | FLM | 3 | 06 00458 | Christy v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 06 00661 | FLM | 3 | 06 00473 | Sampsell v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 06 00813 | FLM | 3 | 06 00564 | Snoddy et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 06 01130 | FLM | 8 | 06 01709 | Arnold et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 06 01131 | FLM | 8 | 06 01787 | Kirchman et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 06 01165 | INS | 3 | 06 00162 | Temme et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 08 00915 | INS | 4 | 08 00124 | Thompson v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 06 01132 | MD | 8 | 06 02499 | Wessel v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07 00036 | MOE | 4 | 06 01642 | Chiapel v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 06 00525 | NYS | 1 | 06 02273 | Brown v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 08 00929 | OKW | 5 | 08 00820 | Patton v. Novartis Pharmaceuticals Corporation |
| * TNM | 3 | 08 00210 | NCE | 5 | 06 00350 | Donna G. Coe v. Novartis Pharmaceuticals Corp. |
| * TNM | 3 | 08 00211 | NCE | 5 | 06 00350 | John Costello, etc. v. Novartis Pharmaceuticals Corp. |
| * TNM | 3 | 08 00214 | NCE | 5 | 06 00350 | Janis K. Mote, et al. v. Novartis Pharmaceuticals Corp. |
| * TNM | 3 | 08 00215 | NCE | 5 | 06 00350 | Anne Mathews, etc. v. Novartis Pharmaceuticals Corp. |
| * TNM | 3 | 08 00217 | NCE | 5 | 06 00350 | Michael Palumbo v. Novartis Pharmaceuticals Corp. |
| * TNM | 3 | 08 00221 | NCE | 5 | 06 00350 | Kathy Tollenaar, etc. v. Novartis Pharmaceuticals Corp. |
| * TNM | 3 | 08 00223 | NCE | 5 | 06 00350 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| * TNM | 3 | 08 | 00499 | NYS | 1 | 06 06384 | Sandra Wilcoxen, et al. v. Novartis Pharmaceuticals Corp. |
| * TNM | 3 | 08 | 00500 | NYS | 1 | 06 06384 | Walter Haggland v. Novartis Pharmaceuticals Corp. |
| * TNM | 3 | 08 | 00501 | NYS | 1 | 06 06384 | Avis McGuinness, et al. v. Novartis Pharmaceuticals Corp. |
| | | | | | | | Karen Roach, et al. v. Novartis Pharmaceuticals Corp. |

\* denotes that the civil action has been severed.