Dated: 4/16/2013

**GRANTED**
Judge Maria-Elena James

1  James A. Bruen (State Bar No. 43880)
   (jbruen@fbm.com)
2  Matthew E. Bostick (State Bar No. 268563)
   (mbostick@fbm.com)
3  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Defendant
   NOVARTIS PHARMACEUTICALS
7  CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY NICOLAS, | Case No. 3:10-cv-3148 |
| Plaintiff, | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| vs. | Magistrate Judge Maria-Elena James |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff and defendant in the above-captioned case, by and through their respective counsel of record, stipulate that this action is voluntarily dismissed with prejudice as to all claims, with each party to bear her/its own costs.

Respectfully submitted,                    April 15, 2013

FARELLA BRAUN + MARTEL LLP                 BOWLES & VERNA LLP


By: _____              By: _____
    James A. Bruen, Esq.                       Bradley R. Bowles

Attorneys for Defendant                    Attorneys for Plaintiff
NOVARTIS PHARMACEUTICALS                   KELLY NICOLAS
CORPORATION

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE (Case No. 3:10-cv-3148)

25926\3612262.1